IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00480-WYD-MEH

ATLANDIA IMPORTS, INC., d/b/a ICELANDIC DESIGN, a Colorado corporation,

    Plaintiff,

v.

ZIMMER ENTERPRISES, INC., an Ohio corporation; and
JOHN DOES, 1 THROUGH 5,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Response in Opposition to Motion to Dismiss Transfer or Stay [# 16], filed May 25, 2006, is **STRICKEN** with leave to refile in compliance with this Court's Hearing, Conference and Trial Procedures.  The exhibits need not be resubmitted.

    Dated:  May 26, 2006