IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00480-WYD-MEH

ATLANDIA IMPORTS, INC.,
d/b/a ICELANDIC DESIGN, a Colorado corporation,

      Plaintiff,

v.

ZIMMER ENTERPRISES, INC., an Ohio corporation; and
JOHN DOES, 1 THROUGH 5,

      Defendants.

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 12, 2006.**

The parties met with the Court for a settlement conference on November 27, 2006. It was agreed by the parties and the Court that the parties would exchange certain information with the intent to arrive at a settlement figure. This informal discovery will take place between now and early January. The parties will reconvene for a continuance of the settlement conference on February 8, 2007, at 1:30 p.m.

Due to a proposed, but as yet unscheduled, relocation of the Chambers for Magistrate Judge Hegarty, the parties are directed to contact Chambers at 303-844-4507 prior to the conference to find out the exact physical location of where this conference will be held. The conference will be held either in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, or in new chambers space which will be in the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

*Pro se* parties, attorneys, and client representatives with authority to settle must be present. (NOTE: This requirement is not fulfilled by the presence of counsel. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)

Each party shall submit an updated Confidential Settlement Statement to the Magistrate Judge on or before February 1, 2007. The document shall be e:mailed to the Magistrate Judge (not submitted for filing to the court) at Hegarty_Chambers@cod.uscourts.gov. The settlement documents shall be submitted in a usable format (i.e., Word or WordPerfect). Confidential settlement statements with attachments totaling over 15 pages shall be mailed hand-delivered to Chambers.