IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00480-WYD-MEH

ATLANDIA IMPORTS, INC.,
d/b/a ICELANDIC DESIGN, a Colorado corporation,

    Plaintiff,

v.

ZIMMER ENTERPRISES, INC., an Ohio corporation; and
JOHN DOES, 1 THROUGH 5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2007.**

    The parties have demonstrated compliance with the Court's Minute Order of February 1, 2007 (Docket #36), by submitting a truly agreed upon and uncontested Protective Order in this case. Therefore, for good cause shown and upon agreement of the parties, the Unopposed Motion for Confidentiality Protective Order [Filed January 31, 2007; Docket #34] is **granted**. The Confidentiality Protective Order shall enter separately.