IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00480-WYD-MEH

ATLANDIA IMPORTS, INC.,
d/b/a ICELANDIC DESIGN, a Colorado corporation,

   Plaintiff,

v.

ZIMMER ENTERPRISES, INC., an Ohio corporation; and
JOHN DOES, 1 THROUGH 5,

   Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 31, 2007.**

   Defendant Zimmer Enterprises, Inc.'s Unopposed Motion to File Amended Answer [Filed May 31, 2007; Docket #49] is **granted**.  The Clerk of the Court is directed to file Docket #49-2 as Defendant's Amended Answer with Counterclaims.