IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00480-WYD-MEH

ATLANDIA IMPORTS, INC.,
d/b/a ICELANDIC DESIGN, a Colorado corporation,

    Plaintiff,

v.

ZIMMER ENTERPRISES, INC., an Ohio corporation; and
JOHN DOES, 1 THROUGH 5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 26, 2007.**

    Pending before the Court is Plaintiff's Motion for Leave to File Amended Complaint [filed June 26, 2007; Docket #54]. Defendants did not respond within the time set forth in D.C. Colo. LCivR 7.1C.  Plaintiff's Motion is **granted**. Defendants shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).  The Clerk of the Court is directed to file Docket #54-3 as Plaintiff's First Amended Complaint and Jury Demand..