IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00480-WYD-MEH

ATLANDIA IMPORTS, INC.,
d/b/a ICELANDIC DESIGN, a Colorado corporation,

    Plaintiff,

v.

ZIMMER ENTERPRISES, INC., an Ohio corporation, and
JOHN DOES, 1 THROUGH 5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 21, 2007.**

    Plaintiff's Motion [sic] Sanctions Resulting from Defendant's Spoliation of Evidence [filed November 20, 2007; doc #68] is construed as a motion pursuant to Fed. R. Civ. P. 37(a)(2) and (a)(3) and is **stricken** for failure to comply with Fed. R. Civ. P. 37(a)(2)(A) and D.C. Colo. LCivR 7.1A.  The case support Plaintiff provides for its failure to comply is easily distinguishable and is not persuasive.