IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00480-WYD-MEH

ATLANDIA IMPORTS, INC.,
d/b/a ICELANDIC DESIGN, a Colorado corporation,

    Plaintiff,

v.

ZIMMER ENTERPRISES, INC., an Ohio corporation; and
JOHN DOES, 1 THROUGH 5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2008.**

    Upon notice of settlement of this matter, Plaintiff's Motion for Sanctions for Zimmer Enterprises' Failure to Comply with Discovery [filed November 21, 2007; doc #71], Plaintiff's Motion for Sanctions Due to Defendants' Failure to Produce Financial Records [filed December 5, 2007; doc #76], and Defendant's Motion to Compel Discovery [filed December 17, 2007; doc #88] are **denied as moot**. The parties shall file dismissal papers with the Court **on or before March 31, 2008.**